IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA SANTORO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 18-387-CG-B ) |
| ROBERT A. AGERTON, et al., | ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's claims against Defendant Agerton be dismissed with prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), because they are frivolous and seek relief against a defendant who is immune, and that Plaintiff's amended complaint be served on the remaining Defendants.

**DONE and ORDERED** this 21st day of February, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE