IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA SANTORO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0387-CG-B |
| | ) |
| MARGARET WILSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Plaintiff's Motion for Leave to Join Additional Parties and Motion for Leave to Amend Complaint to Include Joined Defendants (Doc. 27).

The Court notes that Plaintiff did not attach a proposed amended complaint to her motion as required by Civil L.R. 15, and that Plaintiff included Robert D. Agerton as a Defendant. Plaintiff claims against Robert D. Agerton were dismissed with prejudice by Order entered on February 21, 2019 (Doc. 16).

Plaintiff's motions are **DENIED** without prejudice to refile a motion that complies with Civil L.R. 15, and that does not include Robert D. Agerton as a Defendant.

**DONE and ORDERED** this 28th day of March, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE