IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA SANTORO, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION 18-0387-CG-B |
| ROBERT D. AGERTON, et al., | ) ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and S.D. Ala. GenLR 72, and dated January 23, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, Defendants' motions to dismiss Plaintiff's § 1983 action pursuant to Rule 12(b)(1) or, in the alternative, under Rule 12(b)(6) for failure to state a claim (Docs. 30, 37, 42) are hereby **GRANTED**.

Having found that Plaintiff's federal law claims are dismissed, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim(s). Plaintiff's action in this Court against Defendants Margaret Wilson, Stephanie Brown, and Joe Whitt is **DISMISSED**.

**DONE and ORDERED** this 24th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE